# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY PARKER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-6852** |
| | : | |
| **SOCIAL SECURITY** | : | |
| **ADMINISTRATION,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 20th day of May, 2025, upon consideration of Plaintiff Anthony Parker's Motion to Proceed *In Forma Pauperis* (ECF No. 3), *pro se* Complaint (ECF No. 1), and Exhibits (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** and with no leave to amend for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**